```
           IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAII

GWYNNE E. JUDGE,                 )  CIVIL NO. 14-00390 JMS-RLP
                                 )
           Plaintiff,            )  FINDINGS AND RECOMMENDATION TO
                                 )  DISMISS THIS ACTION WITHOUT
     vs.                         )  PREJUDICE
                                 )
UNITED STATES JUSTICE            )
DEPARTMENT, FEDERAL BUREAU OF    )
PRISONS,                         )
                                 )
           Defendants.           )
                                 )
```

FINDINGS AND RECOMMENDATION TO
DISMISS THIS ACTION WITHOUT PREJUDICE[1]

On January 7, 2015, this Court issued its first Deficiency Notice and Order Regarding Service of Defendant. ECF No. 9. In that order, the Court gave notice to Plaintiff that Plaintiff must serve the Complaint on Defendant no later than February 9, 2015, and that failure to do so may result in dismissal of this action for failure to prosecute or otherwise follow a court order. See Fed. R. Civ. P. 41(b); Fed. R. Civ. P. 4(m); see also In re Sheehan, 253 F.3d 507, 513 (9th Cir. 2001) (stating that the court has broad discretion under Rule 4(m) to extend the time for service or to dismiss the action without

---

[1] Within fourteen days after a party is served with a copy of the Findings and Recommendation, that party may, pursuant to 28 U.S.C. § 636(b)(1)(B), file written objections in the United States District Court. A party must file any objections within the fourteen-day period allowed if that party wants to have appellate review of the Findings and Recommendation. If no objections are filed, no appellate review will be allowed.

1

prejudice).

Plaintiff filed an unsigned proof of service on January 29, 2015, indicating that Plaintiff personally served a copy of the Complaint on "United States Justice Department, Federal Bureau of Prisons" at "PJKK Federal Building Honolulu, Hawaii" on "3 September 2014." ECF No. 10.

On February 9, 2015, the Court issued a Second Deficiency Notice and Order Regarding Service of Defendants. ECF No. 11. In the Second Deficiency Notice, the Court informed Plaintiff that service had not been effected in compliance with Federal Rule of Civil Procedure 4(i). Id. The Court detailed the requirements for service under Rule 4(i) and gave Plaintiff another thirty days to properly effect service on Defendant. Id. The Court again warned Plaintiff that failure to do so may result in dismissal of this action. Id.

Since that time, Plaintiff has not filed a return of service indicating that Plaintiff has effected service. Based on the docket, Plaintiff has not effected service of the Complaint or summons as required under Rule 4(i) of the Federal Rules of Civil Procedure. Accordingly, the Court FINDS AND RECOMMENDS that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, MARCH 16, 2015.



_Richard L. Puglisi_
United States Magistrate Judge

**JUDGE V. UNITED STATES JUSTICE DEPARTMENT, FEDERAL BUREAU OF PRISONS; CIVIL NO. 14-00390 JMS-RLP; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE**