IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| GWYNNE E. JUDGE, | ) | CIV. NO. 14-00390 JMS-RLP |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S |
| vs. | ) ) | FINDINGS AND RECOMMENDATION |
| UNITED STATES JUSTICE DEPARTMENT, FEDERAL BUREAU OF PRISONS, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 16, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss this Action Without Prejudice," Doc. No. 12, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 6, 2015.



    /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge